UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA A. BUNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-1075-G (BH) |
| ALLADIN MOLLOBASHY, MD, Greater ) | |
| Dallas Orthopedics, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. Therefore, the plaintiff's claims under 42 U.S.C. § 1983 and her claims for license revocation and criminal prosecution are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

February 12, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**