UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA A. BUNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-1075-G (BH) |
| ALLADDIN MOLLABASHY, M.D., ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiff's motion to stay due to extenuating circumstances, filed May 27, 2015 (docket entry 49) is **DENIED**, and defendant Dana Bond's first amended motion to

dismiss for failure to serve proper notice and both defendants' motion to dismiss with prejudice for failure to file pre-suit notices, filed June 16, 2015 (docket entry 52 at 3) are **DENIED**.  By separate judgment, all of the plaintiff's claims against Dana Bond, C.N.P. will be **DISMISSED** *sua sponte* without prejudice for failure to comply with FED. R. CIV. P. 4(m).

    SO ORDERED.

March 7, 2016.

                                                            /s/ A. Joe Fish
                                                            **A. JOE FISH**
                                                            **Senior United States District Judge**