UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA A. BUNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-1075-G (BH) |
| ALLADIN MOLLABASHY, M.D., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiff's motion to strike defendant's appendix (entire) exhibit files, & affidavit of Alladdin Mollabashy, filed July 6, 2016 (docket entry 69) is **DENIED**,

and defendant Alladdin Mollabashy's motion for summary judgment, filed May 31, 2016 (docket entry 61) is **GRANTED**. By separate judgment, all of the plaintiff's remaining claims against Alladin Mollabashy, M.D. will be **DISMISSED** with prejudice.

    **SO ORDERED**.

January 4, 2017.

                                               */s/ A. Joe Fish*
                                             **A. JOE FISH**
                                             **Senior United States District Judge**